## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RONNIE E. GROGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 09-056-GPM** |
| | ) | |
| **BNSF RAILWAY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, on a Stipulation to Dismiss filed by the parties.

**IT IS ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**.  The parties shall bear their own costs.

**DATED**:  12/29/09

NANCY J. ROSENSTENGEL, CLERK


By:  s/ Linda M. McGovern
Deputy Clerk


APPROVED:  s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge